

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

No. 04-20-00393-CV

**SEGUNDO NAVARRO DRILLING, LTD.,** Lewis Petro Properties, Inc. and BP America
Production Company,
Appellants

v.

**JUAN SALINAS RANCH, LTD.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CV7000614D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The court has considered appellants' petition for a permissive appeal of an interlocutory summary judgment order, appellee's response, and appellants' reply, as well as the appellate record. We conclude that the order to be appealed (1) involves a controlling question of law as to which there is substantial ground for difference of opinion, to wit: "whether the Lease is perpetuated through production in paying quantities as a matter of law irrespective of whether a breach of Article VI of the Lease occurred," and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see also* TEX. R. APP. P. 28.3. Accordingly, we GRANT appellants' petition for permission to appeal from the trial court's interlocutory order signed on July 21, 2020 with respect to the designated question of law. A notice of appeal is deemed to have been filed by appellants on the date of this order and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

The motions for extension of time by appellants to file the petition for permissive appeal and by appellee to file a response, and the motion for leave by appellee to file an amended response are GRANTED. *See* TEX. R. APP. P. 28.3(d).

The Clerk of this Court is instructed to file a copy of this order with the District Clerk of Webb County, Texas, and to serve a copy of this order on the trial court, the court reporter, and counsel for all parties. *See* TEX. R. APP. P. 28.3(k).

The appellants' brief is due to be filed in this court no later than ***twenty (20) days*** from the date of this order.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.

MICHAEL A. CRUZ, Clerk of Court